UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -4  P 2: 53

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| FABREEKA INTERNATIONAL, INC. and<br>INVESTORS BANK & TRUST, as Trustee of<br>FABREEKA INTERNTIONAL, INC.<br>PENSION PLAN<br>    Plaintiffs<br><br>vs.<br><br>PHILIP L. WILLIAMS<br>    Defendant | Case No. 04CV12296 RWZ |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

The plaintiffs hereby file this notice pursuant to Fed. R. Civ. P. 41(a)(1)(i) for voluntary dismissal of the above-referenced action without prejudice and without costs on the ground that no answer has been filed.

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail by hand

Date: 2/3/05  _Carlotta M Patten_

FABREEKA INTERNATIONAL, INC. and
INVESTORS BANK & TRUST, as Trustee of
FABREEKA INTERNATIONAL, INC.
PENSION PLAN
By their attorneys,

_Carlotta M Patten_
Anthony M. Metaxas (BBO #344040)
Carlotta McCarthy Patten (BBO #641035)
METAXAS, NORMAN & PIDGEON, LLP
900 Cummings Center, Suite 207T
Beverly, MA 01915
978-927-8000

Dated: February 3, 2005

G:\Client Files\Fabreeka International, Inc\Williams, Philip\Documents\Motion for vol dismissal.doc